IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | ) | No. CR-F-04-5234 REC |
| ) | ) | ORDER DIRECTING FRESNO COUNTY JAIL TO ALLOW LIBRARY ACCESS AND TELEPHONE CALLS TO DEFENDANT AND DIRECTING U.S. MARSHAL TO PERSONALLY SERVE ORDER ON DEFENDANT |
| Plaintiff, ) | ) | |
| vs. ) | ) | |
| CLIFTON ELIAS HOWARD III, ) | ) | |
| Defendant. ) | ) | |

Defendant, Clifton Elais Howard III, who is representing himself in this criminal action, has moved for a court order directing the Fresno County Jail to allow defendant access to the jail law library and to make telephone calls in connection with the preparation of his defense in accordance with the policy of the Fresno County Jail.

The court hereby grants defendant's motion. The Fresno County Jail shall allow defendant access to the jail law library and to make telephone calls in connection with the preparation of his defense in this criminal action in accordance with the

1

policies and procedures regarding such law library access and telephone calls adopted by the Fresno County Jail.

The U.S. Marshal is ordered to personally serve this Order on defendant at the Fresno County Jail.

IT IS SO ORDERED.

**Dated:  April 18, 2005**          /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE

2