```
Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for MICHAEL RICHARDSON
```

FILED
2005 AUG -5 P 3: 12
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
      DEPUTY

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL RICHARDSON, *et al.*, )<br>)<br>Defendants. ) | Case No. CR-F-04-5234 REC<br><br>**STIPULATION TO RE-SET MOTIONS SCHEDULE and PROPOSED ORDER**<br><br>Date: |

The United States of America, by and through Dawrence Rice, Assistant United States Attorney, and defendants Michael Richardson (by and through his attorney of record, Patience Milrod), George Dancer (by and through his attorney, Daniel Harralson), and defendant Clifton Howard, *in propria persona*, hereby agree and stipulate to continue the motions hearing date in this matter from August 1, 2005 until September 12, 2005 at 9:00 a.m.

The parties further stipulate and agree to the following motions schedule: defendants to file and serve motions no later than Monday, August 15, 2005;

government to file and serve opposition to defense motions no later than Monday, August 29, 2005.

The parties request this motions schedule, and continuance of the motions hearing, based on the showings in defendants' respective applications to continue the motions date, filed July 5, July 13 and July 17, 2005. The parties agree that time will be excluded through and including the date of the Court's rulings on the defense motions.

IT IS SO STIPULATED.

Dated: July 18, 2005          __/s/_Patience Milrod_____
PATIENCE MILROD
Attorney for MICHAEL RICHARDSON

Dated: July 19, 2005

__/s/_Daniel Harralson_____
DANIEL HARRALSON
Attorney for GEORGE DANCER

Dated: July __20__, 2005

_/s/ Clifton Howard_____
CLIFTON HOWARD
Appearing *in propria persona*

Dated: July 18, 2005          McGREGOR W. SCOTT
United States Attorney

_/s/ Dawrence Rice_____
By DAWRENCE RICE
Assistant United States Attorney

Case 1:04-cr-05234-AWI   Document 71   Filed 08/05/05   Page 3 of 3

## [PROPOSED] ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing on defendants' motions be continued from August 1, 2005 until September 12, 2005 at 9:00 a.m. The August 1, 2005 hearing date is hereby vacated.

IT IS FURTHER ORDERED that the parties shall comply with the following motions schedule: defendants to file and serve motions no later than Monday, August 15, 2005; government to file and serve opposition to defense motions no later than Monday, August 29, 2005. Hearing on defense motions will be September 12, 2005 at 9:00 a.m. Time is excluded through and including the date of the rulings on defense motions.

IT IS SO ORDERED.

Dated: 8-4-05

_____
HON. OLIVER W. WANGER
Judge of the Eastern District