**Richard A. Beshwate, Jr. #179782**
Attorney at Law
2014 Tulare Street   Suite 414
Fresno, California 93721
Telephone: (559) 266-5000

Attorney for Defendant, GEORGE DANCER

FILED

2005 DEC 16  P 1: 20

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF.

BY_____
      DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>           Plaintiff,                             )<br>                                                          )<br>vs.                                                     )<br>                                                          )<br>GEORGE DANCER,                        )<br>                                                          )<br>           Defendant.                         )<br>_____) | CASE NO.   CR F-04-5234<br><br>**SUBSTITUTION OF ATTORNEYS**<br>**AND ORDER**<br><br>Date:  December 16, 2005<br>Time:  11:00 am<br>Dept:   OWW |

I, GEORGE DANCER, hereby appoint and substitute as my attorney of record RICHARD A. BESHWATE, JR, in place of DANIEL HARRALSON, in the above-entitled matter.

DATED: 12-16-05                             _____
                                                              GEORGE DANCER

I consent to said substitution.
DATED: 12-16-05                             _____
                                                              DANIEL HARRALSON

I accept said substitution.
DATED: 12-16-05                             _____
                                                              RICHARD A. BESHWATE, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR F-04-5234 |
| Plaintiff, ) | **ORDER FOR SUBSTITUTION OF ATTORNEYS** |
| v ) | |
| GEORGE DANCER, ) | |
| Defendant. ) | |

IT IS ORDERED that Attorney Richard A. Beshwate, Jr., will replace Attorney Daniel Harralson as attorney of record in the above-referenced matter pursuant to the Substitution of Attorneys as filed with this Court.

DATED: 12-16-05

HON. OLIVER W. WANGER
Judge of the United States District Court -
Eastern District